PROB 12C
(SD/FL 9/96)

# United States District Court

for

### SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Janice S. Jones          Case Number: 95-6151-CR-ZLOCH

Name of Sentencing Judicial Officer: The Honorable William J. Zloch
                                     U. S. District Court

Date of Original Sentence: April 2, 1996

Original Offense:   Embezzlement By Bank Employee, a Class B
                    Felony, 18 U.S.C., Section 656

Original Sentence:  Credit Time Served B.O.P. and three (3) years
                    Supervised Release, with a special conditon,
                    financial disclosure and to pay $33,552.91
                    restitution.

Type of Supervision:              Date Supervision Commenced:
Supervised Release                April 2, 1996

Assistant U.S. Attorney:          Defense Attorney:
Phillip DiRosa                    Richard J. Preira

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1.                      **Violation of Mandatory Condition**, by failing
                        to satisfy the Court ordered restitution.
                        On or about April 2, 1996, restitution in
                        the amount of $33,552.91 was ordered by the
                        Court, to be paid at the direction of the
                        U. S. Probation Officer.  On May 14, 1996,
                        the supervised releasee executed a financial
                        obligation agreement to begin making
                        payments of $88.32 per month to commence
                        April 2, 1996, and to date has failed to
                        comply with the agreement and is currently
                        seven months in arrears, in the amount of
                        $618.24.

PROB 12C
(SD/FL 9/96)

Name of Offender: Janice S. Jones          Case Number: 95-6151-CR-ZLOCH

2.  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance.

    On or about the 9th, 10th, 11th and 15th of April 1996, the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated. The supervised releasee was sanctioned for the above, and instructed to report twice a week for a urinalysis test for 60 days.

    On or about the 2nd, 10th, 17th and 18th of June 1997, the supervised releasee submitted a urine specimen, which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated. The supervised releasee admitted to using cocaine.

    On or about September 10, 1997, the supervised releasee submitted a urine specimen, which tested positive for the presence of cocaine in our local laboratory; and subsequently confirmed positive by Pharm Chem Laboratories, Incorporated. The supervised releasee has not admitted to using cocaine.

3.  **Violation of Special Condition**, by failing to comply with the Court's order to provide complete access to financial information, including disclosure of all business and personal finances, to the U. S. Probation Officer, and submit to an audit of her personal and business financial records as requested by the Probation Officer. From April 1996 to October 1996, the supervised releasee failed to provide any documentation concerning receipt of additional income

PROB 12C
(SD/FL 9/96)

Name of Offender: Janice S. Jones          Case Number: 95-6151-CR-ZLOCH

          received from a closed 401K account. The supervised releasee has failed to disclose her 1996 tax return as requested by the Probation Officer.

4.      **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report. The supervised releasee's July 1996, August 1996 and September 1996 monthly supervision report contained false information regarding monthly income i.e., the 401K account amount of $7,608.06 received on July 19, 1996.

5.      **Violation of Standard Condition,** by failing to answer truthfully all inquires by the probation officer. On or about August 8, 1996 and September 16, 1996, the supervised releasee was questioned regarding the receipt of money from a closed 401K account which was for the amount of $7,608.06. The supervised releasee initially denied receiving the above amount and when confronted again about receiving the monies she admitted. She further admitted she had no intentions of handing over the above-mentioned amount as a payment towards her restitution balance.

PROB 12C
(SD/FL 9/96)

Name of Offender: Janice S. Jones    Case Number: 95-6151-CR-ZLOCH


U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   revoked.
      []    extended for __ years, for a total term of __ years.

[]    The conditions of supervision should be modified as follows:

                              Respectfully submitted
                         by   _____
                              Kelly R. Morris
                              U.S. Probation Officer
                              Date: October 15, 1997

===============================================================

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of
    Supervision

                         _____
                         Signature of Judicial Officer
                         _____10/23/97_____
                                Date