UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 95-6151-CR-ZLOCH

UNITED STATES OF AMERICA

V.

JANICE JONES

ORDER REINSTATING
SUPERVISED RELEASE

FILED by _____ D.C.

FEB 18 1998

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER came before the Court for Final Violation of Supervised Release on February 17, 1998, and the Court having carefully considered the Petition for Action (DE 37), having heard the testimony presented, and being otherwise fully advised in the premises, the Court finds the defendant has violated the terms of supervised release and the defendant admits same.

IT IS ORDERED AND ADJUDGED that the defendant shall be continued on supervised release with the following special conditions:

1. The defendant shall pay restitution in the amount of $32,663.91 in amounts and as directed by the Probation Office.

2. The defendant shall pay $50 assessment immediately.

3. The defendant shall participate in an approved treatment program for mental health/substance abuse as directed by the U. S. Probation Office and until excused from the program by the Probation Office. Participation shall be inpatient treatment.

4. The defendant shall abstain from the use of alcohol, drugs and/or all other intoxicants during and after the course of treatment. Defendant shall submit to urinalysis testing as directed by the Probation Office.

5. The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the probation officer. The defendant shall submit to

an audit of her personal financial records as requested by the probation officer.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 18th day of FEBRUARY, 1998.

WILLIAM J. ZLOCH
United States District Judge

cc:
Thomas Lanigan, Esq., AUSA
Timothy Day, Esq., AFPD
Probation