PROB 12C                                                    SD/FL PACTS No. 43712

(SD/FL 9/96)

# United States District Court

### for

### SOUTHERN DISTRICT OF FLORIDA

#### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: JONES, JANICE                    Case Number: 95-6151-CR-ZLOCH

Name of Sentencing Judicial Officer: The Honorable William J Zloch, Judge

Date of Original Sentence:     April 2, 1996

Original Offense:     Embezzlement by a Bank Employee, in violation of Title 18, U S Code Section 656. A Class B felony.

Original Sentence:     One (1) day time served to be followed by three (3) years supervised release, $33,552.91 restitution, $50 assessment. Audit of personal and financial records.

Type of Supervision: Supervised Release          Date Supervision Commenced: April 2, 1996

Assistant U.S. Attorney:                          Defense Attorney:
Phillip DiRosa                                    Richard J. Preira

---

## PETITIONING THE COURT

[]     To issue a warrant
[X]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.                        **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about October 27, 1998, in Dade County, Florida, the supervised releasee, did commit Grand Theft III, contrary to FS 812-014.

PROB 12C                                                SD/FL PACTS No. 43712

(SD/FL 9/96)


Name of Offender: JONES, JANICE          Case Number: 95-6151-CR-ZLOCH

2.                    **Violation of Mandatory Condition,** by failing to satisfy the court-ordered
                     restitution. On or about 4/2/96 restitution in the amount of $33,552.91 was
                     ordered by the court, to be paid at the direction of the U.S. Probation
                     Officer. On November 11,1998, the supervised releasee executed a
                     financial obligation agreement to begin making payments of $200.00 per
                     month to commence  11/15/98 and to date has failed to comply with the
                     agreement and is currently 3 months in arrears, in the amount of $560.00.

3.                    **Violation of Standard Condition,** by failing to work regular at a lawful
                     occupation.  On or about October 26, 1998 the supervised releasee was
                     terminated by the Miami Times, and to date has failed to obtain full-time
                     employment.

4.                    **Violation of Standard Condition,** by failing to notify the probation office
                     of a change in employment.  On or about 10/27/98, the supervised releasee
                     left employment with the Miami Times, 900 Northwest 54th Street, Miami
                     Florida, and she failed to notify the probation office.


U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X]     revoked
        []      extended for _ years, for a total term of _ years

[]      The conditions of supervision should be modified as follows:


                                   Respectfully submitted,

                            by     *Kelly R. Morris*

                                   Kelly R. Morris
                                   U.S. Probation Officer
                                   Date: 1/27/99

PROB 12C                                                SD/FL PACTS No. 43712

(SD/FL 9/96)

Name of Offender: JONES, JANICE          Case Number: 95-6151-CR-ZLOCH

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision


_____
Signature of Judicial Officer


_____
Date