UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.95-6151-CR-ZLOCH

                Plaintiff,

-vs-

JANICE JONES,

                Defendant.
_____/

## GOVERNMENT'S NOTICE OF FILING DOCUMENT

Comes now the United States of America by and through the undersigned Assistant United States Attorney and file this transcript of violation of supervised release hearing held February 17, 1998 and in support there of states as follows:

1. Defendant Janice Jones is scheduled for a violation of supervised release hearing alleging violations of mandatory conditions and standard conditions.

2. The transcript of the February 17, 1998 violation of supervised release hearing will assist the Court in the violation of supervised release hearing set for April 6, 1999 at 9:30 a.m. A copy of the transcript is attached as government Exhibit "A".

1



Therefore, based on the above the government respectfully submits the above reference transcript.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *[signature]*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR ADMIN. # A5500033
500 East Broward Blvd. Suite 700
Ft. Lauderdale, FL   33394
(954) 356-7255 X 3590
(954) 356-7230 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing was mailed this 2ND day of April, 1999 to Tim Day, AFDD, 101 N.E. 3rd Ave. Ft. Lauderdale, FL 33301.

*[signature]*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

(A)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THE UNITED STATES OF AMERICA,  )
                              )    CASE NUMBER
          PLAINTIFF,          )
                              )
     VS.                      )    95-6151-CR-ZLOCH
                              )
JANICE JONES,                 )
                              )
          DEFENDANT.          )
_____)

TRANSCRIPT OF VIOLATOIN OF PROBATION HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON TUESDAY, FEBRUARY 17, 1998, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    THOMAS LANIGAN, A.U.S.A.
                       500 EAST BROWARD BLVD., 7TH FLOOR
                       FT. LAUDERDALE, FL 33301  954/356-7255


FOR THE DEFENDANT:     TIMOTHY DAY, A.F.P.D.
                       FEDERAL PUBLIC DEFENDER'S OFFICE
                       101 N.E. 3RD AVENUE, SUITE 202
                       FT. LAUDERDALE, FL. 33301  954 356-7436

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 463-8153

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE