UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 95-6151-CR-ZLOCH

UNITED STATES OF AMERICA

V.

JANICE JONES

ORDER REINSTATING
SUPERVISED RELEASE

THIS MATTER came before the Court for Final Violation of Supervised Release on April 21, 1999, and the Court having carefully considered the Petition for Action (DE 52), having heard the testimony presented, and being otherwise fully advised in the premises, the Court finds the defendant has violated the terms of supervised release in paragraphs 2, 3 and 4 of the Petition.

IT IS ORDERED AND ADJUDGED that the defendant's supervised release is hereby reinstated and extended one year. As a special condition of Supervised Release, the defendant is to reside in a community treatment center for a period of six months and follow all rules of that facility. All previously imposed conditions of supervised release are reinstated. The Court orders the $31,663.91 balance of restitution to be paid.

As a special condition of supervised release, the $50 special assessment is to paid by noon, April 30, 1999.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this _____ day of April, 1999.

WILLIAM J. ZLOCH
United States District Judge

cc:
Thomas Lanigan, Esq., AUSA
Timothy Day, Esq., AFPD
Probation