UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 95-6151-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

JANICE JONES,  :

    Defendant.  :
_____/

## MOTION FOR PAYMENT OF WITNESS FEE AND TRAVEL COSTS

The defendant, Janice Jones, through counsel and pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, respectfully requests that the Court enter an order for the payment of costs incurred by a witness, upon the following grounds:

1. Beverly Marshall was issued a subpoena to appear as a witness for the defense in the final hearing of the above-styled matter that occurred April 21, 1999.

2. Beverly Marshall appeared in Fort Lauderdale District Court April 21, 1999 to testify. She did testify as a witness.

3. The defendant requests that this court order that a witness fee and travel costs be paid to Ms. Marshall in the same manner as if the subpoenas were served on behalf of the United States.

WHEREFORE, the defendant requests that this court order the payment of costs and fees for Ms. Marshall.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 108
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of July, 1999 to Thomas Lanigan, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\JONES\PAYMENT.1

2