UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



FILED by _____ D.C.

SEP 0 3 1999

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 95-6151-CR-ZLOCH

UNITED STATES OF AMERICA,       :

    Plaintiff,       :

vs.       :

JANICE JONES,       :

    Defendant.       :
_____/

### ORDER GRANTING MOTION FOR PAYMENT OF WITNESS FEE AND TRAVEL COSTS

THIS MATTER having come before the Court upon the Defendant's Motion for Payment of Witness Fee and Travel Costs, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rules of Criminal Procedure 17(b), said motion is GRANTED. Beverly Marshall shall be paid a witness fee and travel costs, consistent with the payment of witness subpoenaed on behalf of the government.

DONE and ORDERED at Fort Lauderdale, Florida this 3rd day of September, 1999.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

cc:   Timothy Day, AFPD (2 certified)
      Thomas Lanigan, AUSA