PROB 12A  
(SD/FL 9/96)

SD/FL PACTS No. 43712

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

### Report on Offender Under Supervision

Name of Offender: Janice S. Jones            Case Number: 95-6151-CR-ZLOCH

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, U.S. District Judge

Date of Original Sentence: April 2, 1996

| | |
|---|---|
| Original Offense: | Embezzlement by Bank Employee, in violation of Title 18, U.S. Code, Section 656, a Class B felony. |
| Original Sentence: | Time Served followed by three (3) years supervised release. Special Conditions include the following: Complete financial disclosure and $33,552.91 restitution. |

Type of Supervision: Supervised Release            Date Supervision Commenced: April 2, 1996

# NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition,** by failing to satisfy the court-ordered restitution. On or about April 2, 1996, restitution in the amount of $33,552.91 was ordered by the Court and the supervised releasee has failed to satisfy this financial obligation as ordered. |

PROB 12A                                                           SD/FL PACTS No. 43712
(SD/FL 9/96)

**Name of Offender: Janice S. Jones**                  **Case Number: 95-6151-CR-ZLOCH**

U.S. Probation Officer Action:

    Since the subject's supervision was extended and modified on April 22, 1999, to include participation in a community corrections center, Ms. Jones has made consistent payments towards her restitution. Presently, the supervised releasee is paying $204 a month towards her financial obligation. As of January 7, 2000, the restitution balance is $30,287.91. However, the supervised releasee has signed a consent agreement with the United States Attorney's Office to continue paying $204 per month, until the obligation is paid in full. Consequently, this officer recommends that no action be taken and Ms. Jones be permitted to terminate her supervision.

Respectfully submitted

by

Mark Ciolek
U.S. Probation Officer
Date: February 8, 2000

---

[X]  Concur with action(s) taken by the U.S. Probation Officer
[ ]  Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date